```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
---------------------------------------------------------x
THADDEUS HARDY,                         :
an individual,                          :    CASE NO.: 2:25-cv-01818-SM-JVM
                                        :
            Plaintiff,                  :    Judge:  Susie Morgan
vs.                                     :
                                        :    Magistrate: Janis van Meerveld
3226 WILLIAMS, LLC,                     :
                                        :
            Defendant.                  :
---------------------------------------------------------x
```

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this Notice of Voluntary Dismissal With Prejudice and hereby dismisses the above-captioned case, with prejudice, against the Defendant. The opposing parties have not filed an answer or a motion for summary judgment. Dated this the 14th day of November, 2025.

Respectfully Submitted,

/s/ Andrew D. Bizer
BIZER & DEREUS, LLC
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA# 35105)
gdereus@bizerlaw.com
Eva M. Kalikoff (LA # 39932)
eva@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

## **CERTIFICATE OF SERVICE**

  I hereby certify that on or about November 14th, 2025, the foregoing pleading has been or will be sent to all parties via email.

              By: /s/ Andrew D. Bizer
                **ANDREW D. BIZER**