UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------x
THADDEUS HARDY,                           :
                                                 :   CASE NO.: 2:25-cv-01818-SM-JVM
                                                 :
          Plaintiff                          :   Judge Susie Morgan
vs.                                              :
                                                 :   Magistrate Judge Janis van Meerveld
3226 WILLIAMS, LLC,                    :
                                                 :
          Defendant                      :
---------------------------------------------------x

## **ORDER**

Having been advised that the parties have resolved Plaintiff's claims against Defendant;

**IT IS ORDERED** that all claims asserted by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**, with no fees or costs awarded to any party.

**New Orleans, Louisiana, this 18th day of November, 2025.**

                                         _____
                                             **SUSIE MORGAN**
                                   **UNITED STATES DISTRICT JUDGE**